**United States District Court**

For the Northern District of California

1
2
3
4
5                        IN THE UNITED STATES DISTRICT COURT

6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ROBERT ZILITIS,                            No. CR 99-0073 SI
                                               (No. C 02-1453 SI)
9              Petitioner,
                                               **ORDER REFERRING REQUEST FOR**
10      v.                                     **DISQUALIFICATION PURSUANT TO**
                                               **L.R. 3-15**
11  UNITED STATES OF AMERICA,

12             Respondent.
                                          /

13

14      Petitioner/defendant Robert Zilitis has filed a Motion for Disqualification of Judge.  Pursuant

15  to Local Rule 3-15, this motion is referred to the Clerk for random assignment to another Judge.

16

17

18      **IT IS SO ORDERED.**

19

20
    Dated: December 22 , 2006                  _____
21                                             SUSAN ILLSTON
                                               United States District Judge
22

23

24

25

26

27

28